**SO ORDERED.**

**SIGNED June 11, 2009.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BROUSSARD, CLARENCE, III | ) | CASE NO. 09BK-50009 |
| BROUSSARD, SHARON LINCOLN | ) | |
| | ) | CHAPTER 13 |
| DEBTORS | ) | |

ORDER

This matter having come on regularly to be heard on the motion filed by the United States of America to dismiss this case filed by Clarence Broussard, III, and Sharon Lincoln Broussard, Debtors, under Chapter 13 of the Bankruptcy Code, Title 11, United States Code, Section 301 and Sections 1301, et seq., or, alternatively to convert, and after notice and hearing, this Court having previously issued findings of fact and conclusions of law, now therefore, upon due consideration and for good cause shown:

1

**IT IS HEREBY ORDERED** that the motion of the United States of America to dismiss is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this case filed by the Clarence Broussard, III, and Sharon Lincoln Broussard under Chapter 13 of the Bankruptcy Code be and the same is hereby dismissed.

# # #

ORDER PREPARED BY:


Thomas B. Thompson (#12764)
Assistant United States Attorney
Western District of Louisiana
United States Courthouse
800 Lafayette Street
Suite 2000
Lafayette, LA 70501
Telephone: (337) 262-6618
Telefax:    (337) 262-6693